# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Alsasha Lone Eagle, | ) | Case no. 1:19-cr-085 |
| | ) | |
| Defendant. | ) | |

Defendant is presently in Marshal Service custody. She is being housed at the Ward County Detention Center. On April 21, 2021, she filed a motion requesting the court to issue an order directing the Ward County Detention Center to permit her to participate in a telephonic chemical dependency evaluation with Summit Counseling. She advises that the Ward County Detention Center will not allow her to undergo such an evaluation without a court order.

The court **GRANTS** defendant's motion (Doc. No. 97). Defendant is authorized to participate in a telephonic chemical dependency evaluation with Summit Counseling.

**IT IS SO ORDERED.**

Dated this 22nd day of April, 2021.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court